*Exhibit B*

# EXHIBIT B.1

# CLAIM CHART

# COUNT I

 

FIGURE 1

WGPLLC v Tesla - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/9139ntqpvy07ap4/IMG_0056.MOV?dl=0




**FIGURE 4**

WGPLLC v Tesla - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/9139ntqpvy07ap4/IMG_0056.MOV?dl=0



FIGURE 5



# EXHIBIT B.2

# CLAIM CHART

# COUNT II




**FIGURE 1**

WGPLLC v Tesla - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/4gw6qfi65w8n0h1/IMG_0057.MOV?dl=0




**FIGURE 4**

WGPLLC v Tesla - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/4gw6qfi65w8n0h1/IMG_0057.MOV?dl=0




FIGURE 5

WGPLLC v Tesla - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/4gw6qfi65w8n0h1/IMG_0057.MOV?dl=0